# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10cr370 KJD-RJJ |
| v. | **ORDER** |
| ALFRED T. SAPSE, and RALPH M. CONTI, *et al.*, | |
| Defendants. | |

Presently before the Court is Defendant Ralph M. Conti's Motion *in Limine* (#123) to prohibit the Government from offering evidence of co-conspirator statements against Conti until independent evidence of the existence of a conspiracy is offered. The Government filed a response in opposition (#124) to which Conti replied (#130). Conti also filed an Addendum (#132) to his motion.

Federal Rule of Evidence 801(d)(2)(E) states that a statement offered against an opposing party that was made by the party's coconspirator during and in furtherance of a conspiracy is not hearsay. An accused's knowledge of and participation in an alleged conspiracy are preliminary facts that must be established before extrajudicial statements of a co-conspirator can be introduced into

1  evidence.  See United States v. Silverman, 861 F.2d 571, 576 (9th Cir. 1988)(citing Bourjaily v.
2  United States, 483 U.S. 171 (1987)).
3       The Government asserts that it will not offer any co-conspirator statements against Conti, and
4  that if it does it will comply with the Federal Rules of Evidence.  Thus, the motion is granted.
5  However, Defendant is cautioned that he must still object at trial to any statement that is offered
6  without compliance with Rule 801, or proof of Defendant Conti's knowledge of or participation in
7  the alleged conspiracy, because the Court has not definitively ruled to exclude any specific statement.
8  See Fed. R. Ev. 103(b).
9       Accordingly, IT IS HEREBY ORDERED that Defendant Ralph M. Conti's Motion *in Limine*
10  (#123) is **GRANTED**.
11       DATED this 29th day of October 2012.

_____
Kent J. Dawson
United States District Judge

2