# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALFRED T. SAPSE, *et al*.,<br><br>　　　Defendants. | Case No. 2:10-CR-00370-KJD-RJJ<br><br>**ORDER** |

　　　The Court has issued a subpoena ordering the Custodian of Records of Desert Springs Hospital Medical Center to appear at 4:00 p.m., Wednesday, October 31, 2012, for deposition and to bring all of the records and documents associated with the hospitalization and/or treatment, from from September 2012 until the present date, of Alfred Traian Sapse, DOB: March 6, 1926.  In the alternative, if the medical records, certified by the Custodian of Records, are delivered to United States Pretrial Services Officer Alison K. McCurdy, before the time set of deposition, the subpoena will be vacated.

　　　DATED this 31st day of October 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge