```
                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA


UNITED STATES OF AMERICA,     )
                              )
   Plaintiff(s),              )
                              )
vs.                           )     2:10-cr-370-KJD-RJJ
                              )
ALFRED T. SAPSE,              )
RALPH T. CONTI,               )
                              )
   Defendant(s).              )
_____)
```

This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of Court for November 27, 2012.

DATED this 27th day of November, 2012.

_____
KENT J. DAWSON
U. S. DISTRICT JUDGE